AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## District of Vermont

| | |
|---|---|
| Howard Davis, : | |
| : | |
| Plaintiff, : | |
| : | **JUDGMENT IN A CIVIL CASE** |
| v. : | |
| : | CASE NUMBER: 5:11-cv-181 |
| Central Vermont Public Service Corporation, : | |
| William R. Sayre, Lawrence J. Reilly, : | |
| Robert L. Barnett, Robert G. Clarke, : | |
| John M. Goodrich, Robert B. Johnston, : | |
| Elisabeth B. Robert, Janice L. Scites, : | |
| William J. Stenger, Douglas J. Wacek, : | |
| Gaz Metro Limited Partnership, : | |
| Danaus Vermont Corp., : | |
| : | |
| Defendants. : | |

____ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order re: Settlement Approval, Class Certification, and Attorneys' Fee Award and Final Judgment (Document No. 91) filed September 27, 2012, the parties to the Settlement Agreement are hereby authorized to consummate the terms and provisions of the Settlement Agreement. Plaintiff is awarded expenses in the amount of Eight Thousand Five Hundred Nineteen Dollars and Eighty One Cents ($8,519.81) and attorneys' fees in the amount of Two Hundred Forty Three Thousand Two Hundred Twenty Dollars and Twenty Five Cents ($243,220.25). By stipulation of the parties, this case and all of the claims alleged therein are HEREBY DISMISSED on the merits with prejudice as to all Defendants as against the named Plaintiff and all members of the Class with no costs.

Date: September 28, 2012

JEFFREY S. EATON
Clerk

/s/ Patricia A. Casey
(By) Deputy Clerk

JUDGMENT ENTERED ON DOCKET
DATE 9/28/2012